■ In the Matter of the Arbitration between the Estate of MICHAEL PANAGGIO, Deceased, Respondent, and GRANDE' VIE, LLC, GRANDE' VIE REALTY, LLC, et al., Appellants. (Appeal No. 2.) [940 NYS2d 909]—Appeal from a judgment of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered April 13, 2011 in a proceeding pursuant to CPLR article 75. The judgment confirmed in part the award of the arbitrator.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Peradotto and Lindley, JJ.